UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE CRUMP,

                Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, ISA ABDUL-BASIR,
RADWAN MARDINI, SHERMAN
CAMPBELL, DEBRA SCUTT and
DENNIS STRAUB,

                Defendants.

_____/

Case No.     11-12146

HONORABLE DENISE PAGE HOOD

## JUDGMENT

     For the reasons stated in the Order entered on March 26, 2012, judgment is entered

in favor of defendants and against plaintiff.

                             DAVID WEAVER

Dated: March 26, 2012       By: s/Julie Owens_____
                           Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, March 26, 2012, by electronic and/or ordinary mail.

                             S/Julie Owens_____
                             Case Manager