UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE CRUMP,

        Plaintiff,

v.                                Case No. 11-CV-12146
                                  Honorable Denise Page Hood

MICHIGAN DEPART OF
CORRECTIONS, *et al.*,

        Defendants.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date February 26, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 26th day of February, 2013.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        BY: s/LaShawn R.Saulsberry
APPROVED:                                                   Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2013, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager